**Gerald COLLINS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 297, 2016

Supreme Court of Delaware.

Submitted: June 23, 2016

Decided: August 9, 2016

Rehearing En Banc Denied August 25, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID No. 91009036DI.

AFFIRMED.

■

**Andre OWENS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 364, 2016

Supreme Court of Delaware.

Submitted: July 29, 2016

Decided: August 9, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0201010358

DISMISSED.

■

**Keenan GIBSON, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 251, 2016

Supreme Court of Delaware.

Submitted: August 8, 2016

Decided: August 15, 2016

Court Below—Superior Court of the State of Delaware. C.A. No. N16M–04–191.

DISMISSED.

■

**Raymond WINCHESTER, Defendant Below-Appellant,**

v.

**STATE Of Delaware, Plaintiff Below-Appellee.**

No. 258, 2016

Supreme Court of Delaware.

Submitted: August 8, 2016

Decided: August 15, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID 1408023564.

DISMISSED.